**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA THURMAN HALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COTY, INC., a Delaware corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: 2:20-cv-1870-TJH-SKx<br><br>**ORDER [JS-6]** |

Having considered the parties' Joint Stipulation for Dismissal, and having found good cause for the same, this action is dismissed in its entirety.

**IT IS SO ORDERED.**

Date: APRIL 16, 2021

Hon. Terry J. Hatter, Jr.
United States District Judge